UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES SUBER,

    Plaintiff,

v.

SNOHOMISH COUNTY JAIL MAIL ROOM. ET AL.,

    Defendant.

CASE NO. C18-428-RAJ-BAT

**ORDER DIRECTING PLAINTIFF TO CLARIFY**

The Court received a letter from plaintiff on June 14, 2018, about how he mistakenly filed duplicative law suits. Dkt. 13. The Court directs plaintiff to clarify the following:

(1) Does plaintiff request this lawsuit against the "mail room staff" be dismissed?

(2) If not, can plaintiff provide the name or names of the specific individual mail room staff that he seeks to name as a defendant.

The Court directs plaintiff to submit a response by July 6, 2018. The clerk shall provide plaintiff with a copy of this Order.

DATED this 22nd day of June, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING PLAINTIFF TO CLARIFY - 1