UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES SUBER,

                Plaintiff,

v.

SNOHOMISH COUNTY JAIL MAIL ROOM. ET AL.,

                Defendant.

CASE NO. C18-428-RAJ-BAT

**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

On June 22, 2018, the Court issued an order directing plaintiff to clarify his June 14, 2018, letter indicating he might want to dismiss this matter because he mistakenly filed duplicative law suits. Dkts. 13, 14. The Court views plaintiff's lack of response to the order as an indication that plaintiff does not intend to proceed with this case and that the matter should be dismissed.

The Court accordingly ORDERS:

(1) Unless plaintiff submits by July 18, 2018, a pleading clearly stating that he wishes to proceed with this matter the Court will recommend that this matter be dismissed.

(2) If plaintiff wishes to go forward with this case, he shall provide the name or names of the specific individual mail room staff that he seeks to name as a defendant in this action.

ORDER DIRECTING PLAINTIFF TO SHOW
CAUSE WHY CASE SHOULD NOT BE
DISMISSED - 1

(3) The clerk shall provide plaintiff with a copy of this Order.

DATED this 9th day of July, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING PLAINTIFF TO SHOW
CAUSE WHY CASE SHOULD NOT BE
DISMISSED - 2