# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JAMES SUBER,

        Plaintiff,

v.

SNOHOMISH COUNTY JAIL MAIL ROOM. ET AL.,

        Defendant.

CASE NO. C18-428-RAJ-BAT

**ORDER REGARDING PLAINTIFF'S DESIRE TO GO FORWARD WITH CASE AND DIRECTING PLAINTIFF TO OBTAIN NAMES OF MAILROOM DEFENDANTS**

The Court received a letter from plaintiff on July 16, 2018, clarifying he seeks to go forward with his claim that Snohomish County Jail mailroom staff violated his rights by opening attorney-client correspondence outside of his presence. Dkt. 16. Plaintiff has thus satisfied the Court's request to show cause. Dkt. 15.

The Court earlier mailed plaintiff's complaint to the Snohomish County Mailroom Staff and has received no response. Plaintiff's complaint does not name the defendants working in the mailroom; the case is thus one in which the defendants are unknown "John Does."

In order for the Court to either mail or serve the complaint, it is plaintiff's obligation to provide the Court with the name of the defendant and his or her address. Plaintiff indicated in his letter he can write to the Snohomish County Jail to obtain the names of the mailroom defendants.

ORDER REGARDING PLAINTIFF'S DESIRE
TO GO FORWARD WITH CASE AND
DIRECTING PLAINTIFF TO OBTAIN
NAMES OF MAILROOM DEFENDANTS
- 1

The Court directs that he do so. The Court also directs plaintiff to inform the court of the names of the mailroom staff he seeks to sue in this case by **August 30, 2018**. If plaintiff needs additional time, he should filed a motion with the court asking for more time and stating the reasons.

The clerk shall provide plaintiff with a copy of this Order.

DATED this 19th day of July, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER REGARDING PLAINTIFF'S DESIRE
TO GO FORWARD WITH CASE AND
DIRECTING PLAINTIFF TO OBTAIN
NAMES OF MAILROOM DEFENDANTS
- 2