UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES SUBER,<br><br>      Plaintiff,<br><br>  v.<br><br>SNOHOMISH COUNTY JAIL MAIL ROOM. ET AL.,<br><br>      Defendant. | CASE NO. C18-428-RAJ-BAT<br><br>**ORDER GRANTING PLAINTIFF EXTENSION TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

On July 19, 2018, the Court ordered plaintiff to provide the Court with the names of the defendants he wished to sue by August 30, 2018. Dkt. 17. On August 8, 2018, plaintiff filed a motion for additional time to provide this information. Dkt. 18. The Court GRANTS the motion, Dkt. 18, and ORDERS plaintiff to provide the names and addresses of the defendants who are currently known as "John Doe" Snohomish County Jail Mailroom staff no later than **September 20, 2018.**

The clerk shall provide plaintiff with a copy of this Order.

DATED this 9th day of August, 2018.

                BRIAN A. TSUCHIDA
                United States Magistrate Judge