UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES SUBER,<br><br>                    Plaintiff,<br><br>    v.<br><br>SNOHOMISH COUNTY JAIL MAIL ROOM. ET AL.,<br><br>                    Defendant. | CASE NO. C18-428-RAJ-BAT<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO EXTEND TIME TO ADD DEFENDANTS** |

On August 30, 2018, plaintiff filed a motion to extend time to add more defendants to this action. Dkt. 23. The Court DENIES the motion without prejudice. Plaintiff does not have the names of additional defendants at this point. If plaintiff discovers additional defendants, he should file a motion to amend the amended complaint to add the new defendants.

The clerk shall provide plaintiff with a copy of this Order.

DATED this 5th day of September, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION
TO EXTEND TIME TO ADD
DEFENDANTS - 1