UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES SUBER,

                        Plaintiff,

     v.

SNOHOMISH COUNTY JAIL, et al.,

                       Defendants.

Case No. C18-428 RAJ

**ORDER OF DISMISSAL**

     The Court, having reviewed Plaintiff's complaint, the amended complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

     (1)     The Court adopts the Report and Recommendation.

     (2)     This case is **dismissed with prejudice.**

     (3)     The Clerk is directed to provide a copy of this Order to Plaintiff.

     DATED this 23rd day of January, 2019.

_____

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1